PNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
**RICHARD W. NAGEL**
**CLERK OF COURT**

UNITED STATES OF AMERICA,
       Plaintiff,

v.

RICHARD CROSBY
       Defendant.

Case No. 1:23-mj-00858

2023 OCT 26 PM 2:56

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

## CRIMINAL MINUTES before
## Magistrate Judge Stephanie K. Bowman

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID #2178)
United States Attorney: Timothy Landry
Defendant Attorney: Zenaida Lockard (FPD)

Date/Time: 10/26/2023 @ 1:30 p.m.

Interpreter: N/A

☐ By telephone ☐ By videoconferencing ☐ Deft does/does not consent to proceed
*Initial Appearance:* ☒ *Complaint;* ☐ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☒ Counsel present      ☐ *Superseding Indictment*      ☐ *Pretrial Release Violation*
☒ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his / her rights   ☒ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☒ Government moves for defendant to be detained pending detention hearing (SEE REMARKS)
☒ Financial affidavit presented to the Court/Defendant ☐ Defendant informed of right to consulate notification (if applicable)
☒ Counsel appointed (☒ FPD ☐ CJA) ☐ Charging document unsealed upon oral motion of the United States
☒ Government informed of requirements of Fed. R. Crim. P. 5(f)
                                        ☐ Defendant did not contest detention at this time
*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____    ☐ Detention is moot-active parole/probation detainer
                                           ☐ Detention is moot - serving state sentence
Defendant Witness_____    ☐ Home Incarceration
☒ OR ☐ Secured with _____ ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew
☐ Third-Party Custodian: _____ ☐ Location Monitoring ☐ GPS ☐ RF ☐ Stand Alone
Special Conditions of Release: ☒ Pretrial/Probation Supervision ☒ Drug testing & Treatment ☒ maintain employment & verify
☐ refrain from all/excessive alcohol ☒ narcotic drugs unless prescribed ☐ use/possession of firearms ☒ Travel Restricted to S. D. of Ohio
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☒ Surrender Passport
Comply with conditions of other Court imposed supervision and allow      ☒ Do not obtain passport ☐ Mental Health Eval/Treatment
_____ information regarding federal supervision adjustments to be shared with supervising officer; Must use true name and identity
*Pretrial Bond Violation Hearing*: information; Notify any current and future employers of the instant alleged offense, as directed.
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set 11/16/23 @ 1:30 p.m. (M.J. Bowman)
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses:_____ Defendant Witnesses: _____
_____           _____
AUSA Exhibits:_____ Defendant Exhibits: _____
_____           _____

*Arraignment on* ☐ *Indictment* ☐ *Superseding Indictment* ☐ *Second Superseding Indictment*
Defendant waives reading ☐      Defendant pleads: ☐ GUILTY ☐ NOT GUILTY
☐ PSI ordered                  ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing      ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered      ☐ Removed to _____
☐ Probable Cause Found
                               ☐ Defendant to voluntarily report to charging district no later than
                              _____

Remarks:

The United States orally moved for pretrial detention and the setting of a detention hearing. Arguments heard. The Court denies United States' motion, subject to reconsideration upon the filing of a written motion to the Court.