UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
RICHARD CROSBY,
    Defendant.

Case No. 1:23-cr-00111

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 NOV 16 PM 3: 14
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID # **2191**)
United States Attorney: Timothy Landry
Defendant Attorney: Zenaida Lockard (FPD)
Date/Time: 11/16/2023 @ 1:30 p.m.
Interpreter: N/A

☐ By telephone   ☐ By videoconferencing   ☐ Deft does/does not consent to proceed

*Initial Appearance:* ☐ Complaint; ☒ Indictment; ☐ Information; ☐ petition for supervised release ☐ Rule 5(c)/32.1 Proceedings
☒ Counsel present   ☐ Superseding Indictment   ☐ Pretrial Release Violation
☒ Defendant informed of charges and potential penalties   ☐ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his / her rights   ☒ Defendant provided copy of charging document   ☐ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____
☐ Financial affidavit presented to the Court/Defendant   ☐ Defendant informed of right to consulate notification (if applicable)
☐ Counsel appointed ☐ FPD ☐ CJA   ☐ Charging document unsealed upon oral motion of the United States
☐ Government informed of requirements of Fed. R. Crim. P. 5(f)   ☐ Defendant did not contest detention at this time

*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____
Defendant Witness _____
☐ Detention is moot-active parole/probation detainer
☐ Detention is moot - serving state sentence
☐ Home Incarceration
☐ OR ☐ Secured with _____ ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew
☐ Third-Party Custodian: _____ ☐ Location Monitoring ☐ GPS ☐ RF ☐ Stand Alone

Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☐ Surrender Passport
☐ Do not obtain passport ☐ Mental Health Eval/Treatment

*Pretrial Bond Violation Hearing:*
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____   Defendant Witnesses: _____

AUSA Exhibits: _____   Defendant Exhibits: _____

*Arraignment* on ☒ *Indictment* ☐ Superseding Indictment ☐ Second Superseding Indictment
Defendant waives reading ☒   Defendant pleads: ☐ GUILTY ☒ NOT GUILTY
☐ PSI ordered   ☐ Sentencing set for _____
☒ Case to proceed before **JUDGE HOPKINS**

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing   ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered   ☐ Removed to _____
☐ Probable Cause Found   ☐ Defendant to voluntarily report to charging district no later than _____

Remarks: