# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:23-cr-111 |
| v. | : | |
| | : | |
| RICHARD CROSBY, | : | Judge Hopkins |
| | : | |
| Defendant. | : | |

## MOTION TO EXTEND

Now comes the Defendant Richard Crosby and hereby moves this honorable Court to extend the date by which the parties must file a status report with the Court. Counsel for the government and Mr. Crosby are engaged in plea negotiations and need additional time to determine if a pretrial disposition can be reached. At this time, the defense is requesting a status report deadline of Friday, April 5, 2024. The government has no objection to this request.

WHEREFORE, based on the foregoing, the defense respectfully seeks an extension of the date by which a status report must be filed with the Court.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

s/ Zenaida R. Lockard
Zenaida R. Lockard (KY93402)
Assistant Federal Public Defender
250 East 5th St., Suite 350
Cincinnati, OH 45202
Zenaida_Lockard@fd.org

*Attorney for Defendant*
*Richard Crosby*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served via this Court's electronic filing system on all counsel of record on this 26th day of March 2024.

                                            s/ Zenaida R. Lockard
                                            Zenaida R. Lockard (KY93402)