# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:23-cr-111 |
| v. | : | |
| | : | |
| RICHARD CROSBY, | : | Judge Hopkins |
| | : | |
| Defendant. | : | |

## **MOTION TO EXTEND**

Now comes the Defendant Richard Crosby and hereby moves this honorable Court to extend the date by which the parties must file a status report with the Court. At this time, a status report is due to be filed Friday, April 5, 2024. The defense and the government have attempted to reach one another regarding the status of this case. However, due to their conflicting schedules, they were not able to communicate directly. To provide the parties an opportunity to confer and thereafter update the Court, the defense respectfully asks the Court to extend the deadline to Tuesday, April 9, 2024.

WHEREFORE, based on the foregoing, the defense respectfully seeks an extension of the date by which a status report must be filed with the Court.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

s/ Zenaida R. Lockard
Zenaida R. Lockard (KY93402)
Assistant Federal Public Defender
250 East 5th St., Suite 350
Cincinnati, OH 45202
Zenaida_Lockard@fd.org

*Attorney for Defendant
Richard Crosby*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served via this Court's electronic filing system on all counsel of record on this 5th day of April 2024.

                                                          s/ Zenaida R. Lockard
                                                          Zenaida R. Lockard (KY93402)