# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| *Plaintiff*, | : Case No. 1:23-cr-111 |
| vs. | : Judge Jeffery P. Hopkins |
| RICHARD CROSBY, | : |
| *Defendant*. | : |

## ORDER

    This matter came before the Court on Defendant Richard Crosby's Motion to Extend. Doc. 24. Counsel for Defendant indicated that the Government and Crosby have been unable to confer regarding the status of the case. As such, Counsel for Defendant is requesting the Court to extend the deadline to file a status report to April 9, 2024. For good cause shown, the Court **GRANTS** the continuance. The parties shall file a joint status report by **Tuesday, April 9, 2024**.

    The Court reiterates that for future status reports, the parties shall indicate the status of discovery and/or plea negotiations, whether any of the parties are requesting a continuance, the desired length of any such continuance, and the parties' respective positions on an end-of-justice finding, including the basis for such a finding.

    **IT IS SO ORDERED.**

April 8, 2024

_____
Jeffery P. Hopkins
United States District Judge