# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br>　v.<br><br>RICHARD CROSBY,<br>a/k/a "Richard Williams,"<br>a/k/a "Chris Miller,"<br><br>　　　　Defendant. | CASE NO. 1:23-cr-111<br><br><br>MOTION TO UNSEAL |

　　The United States respectfully moves to unseal the Government's *Ex Parte* Motion to Revoke Bond (filed June 28, 2024) because the defendant was arrested on July 1, 2024. The government is separately providing the Court with a redacted version of the Motion that can be filed on the public docket.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KENNETH L. PARKER
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　/s/ Timothy Landry
　　　　　　　　　　　　　　　　　　　TIMOTHY LANDRY
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　221 East Fourth Street, Suite 400
　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　　　Office: (513) 684-3711
　　　　　　　　　　　　　　　　　　　E-mail: Timothy.Landry@usdoj.gov